# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AMANDA ELLIS, | ] |
| Plaintiff, | ] |
| v. | ]   4:16-cv-536-KOB |
| TRANSUNION LLC, et al., | ] |
| Defendants. | ] |

## ORDER

The court, having received the Joint Stipulation of Dismissal (doc. 42), DISMISSES WITH PREJUDICE all of the Plaintiff's claims against Defendant TransUnion LLC, with each party to bear her or its own costs.

As no other defendants remain in this action, the court DIRECTS the Clerk to close the case.

DONE and ORDERED this 6th day of February, 2017.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE